Decided September 18, 1996

DAVID LIBBY *v.* GOODWIN PONTIAC-GMC TRUCK, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 42 Conn. App. 200 (AC 14661), is granted, limited to the following issue:

"If an employee covered by workers' compensation settles a personal injury claim against a third party, is the employer entitled to a credit against future compensation benefits equal to the amount of the settlement?"

The Supreme Court docket number is SC 15520.

*Brian E. Prindle,* in support of the petition.

*Robert C. Ruggiero, Jr.,* and *Joseph S. Dobrowolski,* in opposition.

Decided September 18, 1996